# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:21-cr-00275 |
| | ) | ELI J. RICHARDSON |
| | ) | Judge, United States District Court |
| KIMBERLY HODGE | ) | |
| a/k/a Kimberly Hughen | ) | |

## KIMBERLY HODGE'S MOTIONTO CONTINUE THE TRIAL OF HER CASE AND RESCHEDULE THE ASSOCIATED FILING DEADLINES

**COMES** now, the accused, **KIMBERLY HODGE**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the trial in this matter currently scheduled to commence Tuesday, January 25, 2022, at 9:00 a.m., and reschedule the associated filing deadline. In support of the foregoing Motion, it is respectfully represented to this Honorable Court the following:

1. Title 18, United States Code, Section 3161(h)(8)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted upon a court's findings that the ends of justice are served by the granting of a continuance

outweigh the best interest of the public and the accused in a speedy trial, such time shall be excluded in computing the time within which the trial must commence.

2. The factors which a judge shall consider in determining whether to grant a continuance are found in subsection 3161(h)(8)(iv). One such factor is whether denial of a continuance would deny counsel for the accused "reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

3. Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not sooner than thirty (30) days nor more than seventy (70) days from the accused's appearance in court on the formal charges. Ms. Hodge was indicted on November 15, 2021. She was arraigned on the Indictment on November 18, 2021. The deadline for filing pretrial motions is today, December 14, 2021. Trial in this matter is scheduled to commence January 25, 2022, at 9:00 a.m.

4. A continuance of the trial date and an extension of the time within which to file pretrial motions is necessary, in the interest of justice, because counsel for Ms. Hodge has just begun the process reviewing discovery,

identifying, and interviewing witnesses, and identifying and researching potential issues that may be the subject of pretrial motions. Irrespective of counsel's exercise of due diligence, these tasks cannot be accomplished by the scheduled trial date.

5. Consequently, a continuance of the trial and the rescheduling of the associated filing deadlines is necessary to complete that process and enable counsel to provide Ms. Hodge the effective assistance of counsel.

6. Counsel for Ms. Hodge requests that the Court continue this matter to a date that is compatible with the Court's calendar, but not less than sixty (60) days from the present trial date, to permit counsel to complete the gathering and review process; and thus, reasonably be able to provide Ms. Hodge with that level of effective assistance of counsel mandated by the United States Constitution.

7. A photograph of an executed Speedy Trial Waiver prepared pursuant to the Middle District of Tennessee's *Plan for the Prompt Disposition of Criminal Cases* is being filed contemporaneously with the filing of this Motion. The original Speedy Trial Waiver will be filed immediately upon receipt.

8. Counsel for Ms. Hodge has conferred with Assistant United States Attorney, Ms. Kathryn Booth, who has granted counsel for Ms. Hodge the liberty of informing the Court that the government has no opposition to this request.

**WHEREFORE**, for the above and foregoing reasons, it is respectfully prayed that this Honorable Court enter an order continuing the trial in this matter currently scheduled to commence Tuesday, January 25, 2022, and rescheduling the associated filing deadlines to a date compatible with its calendar, but not less than sixty (60) days from the present trial date, in the interest of justice.

Respectfully prayed and submitted,

*/s/ Isaiah S. Gant*
ISAIAH S. GANT (BPR# 025790)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: skip_gant@fd.org

Attorney for Kimberly Hodge

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing *Kimberly Hodge's Motion to Continue the Trial of Her Case and Reschedule the Associated Filing Deadlines* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Kathryn Booth, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ Isaiah S. Gant
ISAIAH S. GANT